# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132240

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ORLANDO WILLIS,
     Defendant-Appellant.

SC: 132240
COA: 268332
Monroe CC: 99-030135-FH

_____/

On order of the Court, the application for leave to appeal the August 16, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

KELLY, J., would remand this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2007

_____
Clerk

d0124